**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7050**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

       v.

AMANDA DARLENE GREENE,

                    Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, Jr., Chief District Judge. (1:15-cr-00133-WO-1)

Submitted: December 9, 2016         Decided: December 15, 2016

Before MOTZ, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Amanda Darlene Greene, Appellant Pro Se. Eric Lloyd Iverson, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amanda Darlene Greene appeals the district court's order accepting the recommendation of the magistrate judge, denying Greene's exemption request, and ordering two garnishees to remit money and property of Greene to the United States. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Greene, No. 1:15-cr-00133-WO-1 (M.D.N.C. July 11, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2